**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-30341

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

CITY OF NEW ORLEANS,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Louisiana
(99-CV-893-E)

February 9, 2000

Before POLITZ and DAVIS, Circuit Judges, and RESTANI,[*] Judge.

PER CURIAM:[**]

After reviewing the record and considering the briefs and arguments of the parties, and essentially for the reasons stated by the district court in its April 1, 1999 order, we are persuaded that the district court did not err in entering its order directing the City to permit the EPA to have access to the City property.

AFFIRMED.

_____

[*]Judge, U.S. Court of International Trade, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.